**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
   Walter Haines, Esq. (State Bar #71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA VERMA, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, a California Corporation,<br><br>Defendants. | CASE No. 3:09-cv-02019-W-POR<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br><br><br>Assigned to: Judge Thomas J. Whelan<br><br>Referred to: Magistrate Judge Louisa S Porter |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff Patricia Verma voluntarily dismisses the above-captioned action without prejudice.

Dated: September 22, 2009         BLUMENTHAL, NORDREHAUG & BHOWMIK


                                  By:  s/Norman B. Blumenthal
                                      Norman B. Blumenthal
                                      Attorneys for Plaintiff

K:\D\NBB\Verma v. Kaiser\p-Notice of Dismissal.wpd